# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:** Lucy Peralta

**Docket Number:** 1:04CR05188-01 REC

**Offender Address:** San Francisco, California

**Judicial Officer:** Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

**Original Sentence Date:** February 1, 2001 ( SD/CA No. 00CR3125-IEG)

**Original Offense:** 21 USC 952, 960, Importation of Cocaine
(CLASS B FELONY)

**Original Sentence:** 60 months custody of Bureau of Prisons; 48 months supervised; mandatory testing; special assessment waived.

**Special Conditions:** 1) Not possess a firearm or dangerous weapon; 2) Search and seizure; 3) Report all vehicles owned or operated; 4) Not enter the Republic of Mexico; Drug testing and treatment; 6) Resolve outstanding warrants.

**Other Court Action:**

**02/20/2004:** Released from the Bureau of Prisons, supervision commenced.

**07/19/2004:** Court granted a transfer of jurisdiction from the Southern District of California to the Eastern District of California.

**07/26/2004:** A Petition For Summons For Offender Under Supervision issued alleging Use of a Controlled Substance.

**08/16/2004:** The releasee admitted the allegation in the petition filed July 26, 2004, and the Court ordered the releasee placed at Turning Point Comprehensive Sanction Center for a period of 120 days. Sentencing on this matter was held in abeyance until January 10, 2005.

**10/14/2004:** A Petition For Warrant For Offender Under Supervision was filed and alleged the releasee Failed to Complete the Turning Point Comprehensive Sanction Center Program; Left the Judicial District Without Permission of the Court or

RE:     **Peralta, Lucy**
        **Docket Number: 1:04CR05188-01 REC**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | Probation Officer; and committed a New Law Violation. The Court issued a no-bail warrant. |
| **01/06/2005:** | Releasee was arrested in San Jose, California, on the no-bail warrant. |
| **01/07/2005:** | A Superseding Petition For Warrant For Offender Under Supervision was filed with the Court on January 7, 2005, to comply with a recent 9th circuit decision. The Superseding Petition was forwarded to the Northern District of California, at San Jose, and the releasee waived an identity hearing. She was detained and returned to the Eastern District of California, at Fresno. |
| **01/21/2005:** | The releasee admitted the allegation in the Petition filed October 14, 2004, and the matter was set for disposition on February 14, 2005. |
| **02/14/2005:** | **Dispositional Hearing:** Supervised release revoked; 8 months in the custody of the Bureau of Prisons; 24-month term of supervised release. Special conditions to include: 1) Warrantless search and seizure; 2) Financial restriction; 3) Financial disclosure; 4) Drug/alcohol treatment; 5) Drug/alcohol testing; 6) Alcohol restrictions; 7) Aftercare co-payment; and 8) Drug offender registrant. |

| | | | |
|---|---|---|---|
| **Type of Supervision:** | Supervised release | | |
| **Supervision Recommenced:** | September 4, 2005 (projected release date) | | |
| **Assistant U.S. Attorney:** | Unassigned | **Telephone:** | 559-498-7221 |
| **Defense Attorney:** | Unassigned | **Telephone:** | 559-487-5561 |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Cornell Community Sanction Center, San Francisco, California, for a period of not more than 90 days; said placement shall commence on September 5, 2005,

RE:     Peralta, Lucy
        Docket Number:  1:04CR05188-01 REC
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

pursuant 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:** The releasee transferred from Dublin Correctional Institution to the Community Corrections Center (CCC) in San Francisco, California.  She is expected to release from this facility on September 4, 2005, to commence supervision.  The releasee has not submitted a release plan and needs additional time to seek housing.  The releasee has no family ties in the area with whom she can seek assistance or shelter, and needs to continue residing at the CCC until she can develop a suitable release plan.  The releasee is in agreement with this plan and has signed a Waiver of Hearing to Modify Conditions of Supervised Release.  This form is attached for the Court's review.

                        Respectfully submitted,

                        /s/ Marlene DeOrian

                        **Marlene DeOrian**
                        **United States Probation Officer**
                        Telephone:  559-498-7473


**DATED:**     September 2, 2005
               Fresno, California
               MKD


**REVIEWED BY:**     */s/ Bruce A. Vasquez*
                     **Bruce A. Vasquez**
                     **Supervising United States Probation Officer**

RE:  **Peralta, Lucy**
**Docket Number:  1:04CR05188-01 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

September 2, 2005                                                    /s/ OLIVER W. WANGER

**Date**                                                                          **Signature of Judicial Officer**

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

Attachment:   Presentence Report (Sacramento only)